UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DOUGLAS CORNELL JACKSON,

        Plaintiff,

v.

UNKNOWN DOVE, et al.,

        Defendants.
_____/

Case No. 2:21-cv-53

Hon. Hala Y. Jarbou

## **ORDER**

      This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. On March 29, 2021, the Court issued an opinion and order (ECF Nos. 3 and 4) denying Plaintiff leave to proceed *in forma pauperis* because he was barred by the "three-strikes" rule of 28 U.S.C. § 1915(g). Plaintiff failed to pay the filing fee in the required time period, and the Court dismissed the action on May 24, 2021 (ECF Nos. 9 and 10). In the dismissal, the Court warned Plaintiff that should he file a notice of appeal, he would be required to pay the $505.00 filing fee in a lump sum, because he is prohibited from proceeding *in forma pauperis* on appeal by § 1915(g).

      Plaintiff has now filed a notice of appeal, but he has failed to submit the $505.00 filing fee for an appeal. As outlined in the Court's opinion and order denying him pauper status, Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action,

which is $505.00, to the Clerk of this Court. Plaintiff's failure to comply with the order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated: July 8, 2021 /s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
330 Federal Bldg.
202 W. Washington St.
PO Box 698
Marquette, MI 49855

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**